# EISENBERG LAW OFFICES, S.C.

## ATTORNEYS AT LAW

*Since 1983*

STEPHEN J. EISENBERG
MARK A. EISENBERG*
KIM M. ZION
JACK S. LINDBERG**
JAMES C. SEVERSON
DEREK W. BROWN

*ALSO ADMITTED IN ILLINOIS
**ALSO ADMITTED IN MINNESOTA

MELISSA A. RATCLIFF, PARALEGAL

OF COUNSEL
DONALD S. EISENBERG

308 EAST WASHINGTON AVENUE
POST OFFICE BOX 1069
MADISON, WISCONSIN 53701-1069
TELEPHONE (608) 256-8356
FAX (608) 256-2875

March 12, 2021

Ms. Taylor L. Kraus
Assistant U.S. Attorney
222 W. Washington Avenue, Suite 700
Madison, WI 53703

> RE:   United States v. Devonti Wilson
>         Case No. 20-cr-144-wmc

Dear AUSA Kraus:

Please accept this as Defendant, Devonti Wilson's, Rule 12.2 notice of his intent to assert a defense of insanity at the time of the alleged offense.

Please feel free to contact me if you have any questions.

Very truly yours,

EISENBERG LAW OFFICES, S.C.

/s/
Kim M. Zion
Kim@eisenberglaw.org

KMZ/lmd
cc:   Honorable Stephen L. Crocker
      Michael Sutor, Probation & Pretrial Services
      Devonti Wilson

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Taylor L. Kraus, Assistant United States Attorney

In addition, I hereby certify that on March 12, 2021, I emailed the foregoing to U.S. Probation Officer Michael Sutor at Michael_Sutor@wiwp.uscourts.gov.

/s/ Kim M. Zion
Kim M. Zion